■ GLORIA MANDELLA et al., Appellants, v ST. VINCENT'S MEDICAL CENTER OF RICHMOND et al., Respondents.—Appeal unanimously dismissed without costs *(see, Fahey v County of Nassau,* 111 AD2d 214). (Appeal from order of Supreme Court,

Richmond County, Sangiorgio, J.—reargument.) Present—Callahan, J. P., Denman, Green, Lawton and Davis, JJ.